■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORSEY JAMES, Also Known as JAMES DORSEY, Appellant. [922 NYS2d 219]—Appeal from an order of the Onondaga County Court (Anthony F. Aloi, J.), entered February 22, 2007 pursuant to the 2005 Drug Law Reform Act. The order granted defendant's application for resentencing upon defendant's 2006 conviction of criminal possession of a controlled substance in the second degree and specified the sentence that would be imposed.

It is hereby ordered that the order so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.